**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

    **I.     CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Isabel Gonzalez</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>Ross Dress For Less Inc., d/b/a Ross Stores, Inc.</u>
Defendant

    **II.    AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

    **III.    TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation


**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.	REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.	NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.	IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII.	HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.	IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Robert C. Dominguez Esq.	Fla. Bar # 1002235
       Attorney or party	(Bar # if attorney)

Robert C. Dominguez Esq.	12/12/2021
(type or print name)	Date

IN THE CIRCUIT COURT OF THE 11ᵀᴴ
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

ISABEL GONZALEZ,

    Plaintiff,

vs.

ROSS DRESS FOR LESS INC.
d/b/a ROSS STORES, INC.,

    Defendant,
_____/

## **COMPLAINT FOR DAMAGES**

    The Plaintiff, ISABEL GONZALEZ, by and through the undersigned counsel, hereby sues the Defendant, ROSS DRESS FOR LESS INC., d/b/a ROSS STORES, INC., and alleges:

    1.    This is an action for damages which exceeds Thirty Thousand ($30,000.00) Dollars, exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

    2.    At all times material hereto, the Plaintiff, ISABEL GONZALEZ, was and is a resident of Miami-Dade County, and is otherwise sui juris.

    3.    At all times material hereto, the Defendant, ROSS DRESS FOR LESS INC, d/b/a ROSS STORES, INC., was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Cutler Bay, Miami-Dade County, Florida.

1

4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or calls of the acts complained of herein occurred in Miami-Dade County, Florida.

5. That on or about April 29, 2021 the Plaintiff, ISABEL GONZALEZ, was a business invitee of the Defendant, ROSS DRESS FOR LESS INC., d/b/a ROSS STORES, INC.'s premises located at 20519 So. Dixie Highway, Cutler Bay, Florida.

## COUNT 1 - NEGLIGENCE CLAIM AGAINST ROSS DRESS FOR LESS INC., d/b/a ROSS STORES, INC.

6. Plaintiff re-alleges and restates the allegations in paragraph 1 through 5 as if fully set forth herein.

7. That at all times material hereto, and specifically on April 29, 2021, Defendant, ROSS DRESS FOR LESS, INC., d/b/a ROSS STORES, INC., owned, managed, controlled, operated and/or maintained the premises located at 20519 So. Dixie Highway, Cutler Bay, Florida.

8. That on or about April 29, 2021, the Plaintiff, ISABEL GONZALEZ, was lawfully in Defendant, ROSS DRESS FOR LESS INC., d/b/a ROSS STORES, INC.'s premises, when she slipped and fell on a foreign substance on the floor.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant, its agents, servants, or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner.

a) By failing to maintain the premises in a reasonably safe condition, to wit, allowing a foreign substance on the floor and to prevent dangerous conditions from occurring; and/or

b) By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c) By failing to place barricades, warnings signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d) By failing to remove the foreign substance from the floor of the premises; and/or

e) By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises.

11. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

12. As a direct and proximate result of the aforementioned negligence of the Defendant, ROSS DRESS FOR LESS, INC. d/b/a ROSS STORES, INC., the Plaintiff, ISABEL GONZALEZ, was injured when she slipped and fell and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement,

3

mental anguish, inconveniences, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, ISABEL GONZALEZ, will suffer the losses into the future.

**WHEREFORE**, Plaintiff, **ISABEL GONZALEZ**, hereby demands judgment for damages, costs and interest from the Defendant, **ROSS DRESS FOR LESS INC., d/b/a ROSS STORES, INC**., together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, ISABEL GONZALEZ, hereby demands trial by jury of all issues to triable as a matter of right.

/*s/ROBERT C. DOMINGUEZ*
Fbn.: 1002235
**THE FOUNDERS LAW, P.A.**
Attorney for Plaintiff
5881 NW 151 Street, Suite 124
Miami Lakes, Florida  33014
Tel (866) 822-6783
Fax: (786) 536-5738
Service Emails: Robert@TheFoundersLaw.com
and Maria@TheFoundersLaw.com

4

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2021-026779 CA 01

ISABEL GONZALEZ,

    Plaintiff,

vs.                           **S U M M O N S**

ROSS DRESS FOR LESS INC.,
d/b/a ROSS STORES, INC.,

    Defendants.

---

THE STATE OF FLORIDA:
To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

**ROSS DRESS FOR LESS INC. d/b/a ROSS STORES, INC.
BY SERVING THE REGISTERED AGENT
CT CORPORATION SYSTEM, 1200 SO. PINE ISLAND ROAD
PLANTATION, FLORIDA 33324**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

**THE FOUNDERS LAW, P.A.
5881 NW 151ST STREET, SUITE 124, MIAMI LAKES, FLORIDA 33014
Service emails: Robert@TheFoundersLaw.com and Maria@TheFoundersLaw.com**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff Attorney"(Demandante o Abogado del Demandante).

| | | DATE |
|---|---|---|
| CLERK OF COURTS | BY: _____<br>DEPUTY CLERK | |

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2021-026779 CA 01

ISABEL GONZALEZ,

    Plaintiff,

vs.                          **S U M M O N S**

ROSS DRESS FOR LESS INC.,
d/b/a ROSS STORES, INC.,

    Defendants.

---

THE STATE OF FLORIDA:
To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

**ROSS DRESS FOR LESS INC. d/b/a ROSS STORES, INC.
BY SERVING THE REGISTERED AGENT
CT CORPORATION SYSTEM, 1200 SO. PINE ISLAND ROAD
PLANTATION, FLORIDA  33324**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

**THE FOUNDERS LAW, P.A.
5881 NW 151ST STREET, SUITE 124, MIAMI LAKES, FLORIDA  33014
Service emails: Robert@TheFoundersLaw.com and Maria@TheFoundersLaw.com**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**IMPORTANTE**
    Usted ha sido demandado legalmente.  Tiene 20 dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.
    Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff Attorney"(Demandante o Abogado del Demandante).

| CLERK OF COURTS | BY: _____<br>DEP | DATE<br><br>12/14/2021 |
|---|---|---|

103961-7

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ISABEL GONZALEZ,  CIRCUIT CIVIL DIVISION

    Plaintiff,  CASE NO. 2021-026779-CA-01

v.

ROSS DRESS FOR LESS INC.
d/b/a ROSS STORES, INC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

PLEASE take notice that Jason A. Glusman, Esquire of the law firm of WICKER SMITH O'HARA MCCOY & FORD, P.A., enters an appearance in the above-styled case on behalf of Ross Dress For Less Inc., d/b/a Ross Stores, Inc.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida e-Portal to: Robert C. Dominguez, Esquire, Robert@TheFoundersLaw.com; Maria@TheFoundersLaw.com; on this 3rd day of January, 2021.

    /s/ *Jason A. Glusman*
    Jason A. Glusman, Esquire
    Florida Bar No. 0419400
    WICKER SMITH O'HARA MCCOY & FORD, P.A.
    Attorneys for Ross Dress For Less Inc., d/b/a Ross Stores, Inc.
    515 E. Las Olas Boulevard
    SunTrust Center, Suite 1400
    Ft. Lauderdale, FL 33301
    Phone: (954) 847-4800
    Fax: (954) 760-9353
    ftlcrtpleadings@wickersmith.com